United States District Court

Eastern District of California

Jeffrey Marshall,

    Plaintiff,        No. Civ. S 04-1657 DFL PAN P

  vs.                  Order

Solano County Sheriff, et al.,

    Defendants.

-oOo-

April 13, 2005, the court directed plaintiff to submit information for serving process on defendant Solano County Sheriff. He has not. Accordingly, plaintiff shall show cause, within 10 days, why his claims against defendant Solano County Sheriff should not be dismissed. Fed. R. Civ. P. 4(m) (requiring service of summons and complaint upon defendant within 120 days of the filing of the complaint).

So ordered.

Dated:  May 10, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge