United States District Court

Eastern District of California

Jeffrey Marshall,

    Plaintiff,                                   No. Civ. S 04-1657 DFL PAN P

  vs.                                              Order

Solano County Sheriff, et al.,

    Defendants.

-oOo-

August 18, 2005, plaintiff moved for leave to file a third amended complaint.  His motion, which fails to include a proposed third amended complaint, is inadequate and therefore is denied.

So ordered.

Dated:  August 23, 2005.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge