JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271


Attorney for Defendants Deborah Petteway, P.A.,
Karina Purcell, R.N. and David L. Shepard, M.D.


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jeffrey Marshall,                          CASE NO. S-04-1657 DFL PAN P

        Plaintiffs,                        **[PROPOSED]** **ORDER OF DISMISSAL**

vs.

Solano County Sheriff's,
Department, et al.,

        Defendants.
_____/


        The Court having received and accepted the stipulation by Plaintiff

and Defendants to this case requesting a dismissal of this matter with

prejudice as to said Defendants hereby orders this case dismissed with

prejudice as to Defendants Deborah Petteway, P.A., Karina Purcell, R.N.,

and David L. Shepard, M.D. and that said dismissal shall take effect

immediately.

Dated: February 24, 2006



_____
DAVID F. LEVI
United States District Judge

1