**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Erick C. Turner, CSB #236186

Attorneys for defendants
JOSEPH HEADLEY, JAMES CASTRO,
LEONARD MOLLOY and MARGARET CULLISON

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY MARSHALL,<br><br>  Plaintiff,<br><br>vs.<br><br>DEPUTY CASTRO, SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants | CASE NO: CIV-S 04-1657 DFL PAN P<br><br>**ORDER OF DISMISSAL**<br>**OF DEFENDANT MARGARET CULLISON** |

The Court having received on February 21, 2006 and accepted the stipulation by plaintiff and defendants to this case requesting a dismissal of this matter with prejudice as to defendant MARGARET CULLISON, hereby orders this case dismissed with prejudice as to defendant CULLISON.  This dismissal shall take effect immediately.

Dated: May 3, 2006

/s/ David F. Levi
David F. Levi, United States
District Court Judge

---

*Marshall v. Castro, et al* [CIV S 04-1657]/[Proposed] Order of Dismissal (Cullison)                                    Page 1

**PROOF OF SERVICE BY MAIL**

Case  :     *Marshall  v. Solano*
Case #:     CIV S- 04-1657 DFL PAN P
Court :     USDC, Eastern District

I certify that on May 3, 2006 pursuant to F.R.C.P. 5(b), I mailed a true copy of the document entitled:

**[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT MARGARET CULLISON**

and addressed as follows:

Jeffrey Marshall
1243 Mayfield Circle
Suisun City, CA 94585

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED:  May 3, 2006

        By: /s/ Susan Joyce Olsson
          SUSAN JOYCE OLSSON