IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

    Plaintiff,                    No. CIV S-04-1657 DFL PAN P

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.             ORDER

        Pursuant to defendants' April 28, 2006 objections to the scheduling order filed in this action on April 26, 2006, and good cause appearing, IT IS HEREBY ORDERED that the jury trial set before the Honorable David F. Levi is reset from April 9, 2007 to April 23, 2007, at 8:30 a.m. in Courtroom 7.

DATED: May 31, 2006.

                                                           UNITED STATES MAGISTRATE JUDGE

/mp
mars1657.41rev

1