1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY MARSHALL,

11              Plaintiff,                        No. CIV S-04-1657 DFL PAN P

12        vs.

13   DEPUTY CASTRO, et al.,

14              Defendants.                       <u>ORDER</u>

15   _____/

16              On May 2, 2006, defendant Joseph Headley filed a motion for judgment on the

17   pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Plaintiff has not opposed the

18   motion.

19              Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

20   written opposition or to file a statement of no opposition may be deemed a waiver of any

21   opposition to the granting of the motion . . . ."  On April 13, 2005, plaintiff was advised of the

22   requirements for filing an opposition to the motion and that failure to oppose such a motion may

23   be deemed a waiver of opposition to the motion.

24              Local Rule 11-110 provides that failure to comply with the Local Rules "may be

25   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   /////

                                                    1

1  inherent power of the Court."  In the order filed April 13, 2005, plaintiff was advised that failure

2  to comply with the Local Rules may result in a recommendation that the action be dismissed.

3     Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4  date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a

5  statement of non-opposition.  Failure to comply with this order will result in a recommendation

6  that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

7  DATED: May 31, 2006.

8

9            _____

10         UNITED STATES MAGISTRATE JUDGE

11 12

12 mars1657.46osc

13

14

15

16

17

18

19

20

21

22

23

24

25

26