IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

    Plaintiff,                    No. CIV S-04-1657 JAM EFB P

    vs.

CASTRO, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 18, 2008, he filed a request for leave to submit an amended pretrial statement.[1] Defendants did not file an opposition or statement of non-opposition to plaintiff's request. Therefore, the request is granted. Plaintiff has 20 days from the date this order is served to file and serve an amended pretrial statement which complies with Local Rule 16-281(b).

        So ordered.

Dated: February 24, 2009.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a similar request on February 20, 2009.