# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARSHALL,<br><br>                Plaintiff,<br>v.<br><br>CASTRO, et al.,<br><br>                Defendants. | Case No. 2:04-cv-01657-AK<br><br>ORDER |

    Defendants' motion for clarification filed on January 22, 2010 (docket entry 183) is granted. Motions in limine must be filed and served no later than twenty-one days before trial. Oppositions thereto shall be filed no later than fourteen days before trial. Reply briefs, if any, shall be filed no later than seven days before trial.

    Trial briefs shall be served and filed pursuant to Local Rule 16-285. Briefs are due no later than fifteen days before trial and reply briefs, if any, are due no later than five days before trial.

                                                      ALEX KOZINSKI<br>
                                                      Chief Circuit Judge<br>
                                                       Sitting by designation

January 26, 2010