UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEFFREY MARSHALL, | |
|---|---|
| Plaintiff, | Case No. 2:04-cv-01657-AK |
| v. | |
| CASTRO, et al., | ORDER |
| Defendant. | |

I construe Jeffrey Marshall's "objection to Oct, 2010, Trial Date" (docket entry 184) as an additional motion to reschedule the trial. That motion is denied. Trial remains scheduled for Tuesday, October 26, 2010, at 10:00 a.m. in Courtroom 3 of the Robert T. Matsui United States Courthouse in Sacramento.

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

February 1, 2010