UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MARSHALL**,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>**CASTRO, et al.**,<br><br>　　　　　　　　　Defendants. | Case No. 2:04-cv-01657-AK<br><br>**ORDER** |

　　　Marshall's motion for clarification filed on February 3, 2010 (docket entry 187) is granted in part and denied in part. The request for clarification of the deadlines for submitting trial briefs and motions in limine is denied because these deadlines are already specified in my January 26, 2010 order (docket entry 185). Marshall's other requests for clarification are granted. Requested jury instructions shall be lodged with the clerk and served on all parties pursuant to Local Rule 51-163. Completed subpoenas must be submitted not earlier than four weeks and not later than two weeks before trial.

　　　Marshall's motion for clarification filed on March 22, 2010 (docket entry 189) is denied as moot in light of this order. His motion for clarification filed on December 28, 2009 (docket entry 176) is denied because this court will not entertain motions for clarification that request general legal advice.

　　　Finally, Marshall's renewed motion to compel production of various things filed on December 28, 2009 (docket entry 176) is denied for the reasons given by my December 23, 2009 order (docket entry 175).

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation

April 6, 2010