UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARSHALL,<br><br>                    Plaintiff,<br>     v.<br><br>CASTRO, et al.,<br><br>                    Defendants. | Case No. 2:04-cv-01657-AK<br><br>ORDER |

   Plaintiff Jeffrey Marshall is proceeding pro se in a civil rights action under 42 U.S.C. § 1983.  This court has reviewed the record and finds that appointment of counsel is warranted.  Scott DeVries has been selected from the Court's pro bono attorney panel and is appointed as pro bono counsel in this matter.  The court thanks counsel for accepting the appointment.

   If plaintiff agrees to be represented by counsel, counsel shall file a Notice of Association of Counsel within thirty days of this order.  If plaintiff rejects the appointment of counsel, counsel shall notify the court in writing within thirty days and counsel will be allowed to withdraw so plaintiff may proceed pro se.

   The Clerk of the Court is directed to serve a copy of this order upon plaintiff Jeffrey Marshall and upon Scott DeVries, Winston & Strawn LLP, 101 California Street, San Francisco, California 94111.

                                                                       _____
                                                                       **ALEX KOZINSKI**
                                                                       Chief Circuit Judge
                                                                       Sitting by designation

May 19, 2010