## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MARSHALL,** | No. 2:04-CV-01657-AK |
| Plaintiff, | **ORDER** |
| v. | |
| **CASTRO, et al.**, | |
| Defendants. | |

This case is referred to Magistrate Judge Nandor J. Vadas for settlement.  The parties shall appear at 9:00 a.m on March 31, 2011, with full settlement authority, in Courtroom D on the 15th floor of the Phillip Burton Federal Building and United States Courthouse in San Francisco.  By March 24, 2011, the parties shall submit confidential settlement conference statements to Magistrate Judge Vadas.  Statements may be mailed to the United States Courthouse, 514 H Street, Eureka, CA 95502, so long as they arrive no later than March 24, or emailed to NJVpo@cand.uscourts.gov.

March 10, 2011

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation