UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MARSHALL,** | No. 2:04-CV-01657-AK |
| Plaintiff, | **ORDER** |
| v. | |
| **CASTRO, et al.**, | |
| Defendants. | |

     Marshall has filed a motion (docket entry 201) to amend the October 7, 2009 Pretrial Order (docket entry 156, as amended by docket entry 196).  He also filed an ex parte application to shorten the briefing schedule for his motion (docket entry 200).  There's good cause to shorten the briefing schedule in light of the impending April trial date.  No later than Friday, March 25, 2011, defendants may file an opposition to Marshall's motion, not to exceed 4,000 words.  Marshall may file a reply, not to exceed 2,000 words, by Wednesday, March 30, 2011.  Marshall's motion to amend the Pretrial Order will be submitted without a hearing on the earlier of the date Marshall files his reply or midnight on March 30, 2011.

March 21, 2011

                                                                        _____  
                                                                       **ALEX KOZINSKI**  
                                                                       Chief Circuit Judge  
                                                                       Sitting by designation