## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MARSHALL,**<br><br>                    Plaintiff,<br><br>  v.<br><br> **CASTRO et al.**,<br><br>                    Defendants. | No. 2:04-CV-01657-AK<br><br>**ORDER** |

My April 7 order (docket entry 220) instructed Marshall and defendants to meet and confer to propose a schedule for submitting new pretrial statements and for holding a pretrial conference.  The parties met on April 12 and agreed on a schedule.  The pretrial conference will be held by video conference on June 28, 2011 at 11:00 a.m.  The parties shall submit a joint pretrial statement no later than June 21, 2011.

April 18, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation