## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MARSHALL**, | No. 2:04-cv-01657-AK |
| Plaintiff, | |
| v. | **ORDER** |
| **CASTRO et al.**, | |
| Defendants. | |

The parties have informed me that they settled and are finalizing a formal settlement agreement.  <u>See</u> Notice of Settlement (docket entry # 223).  I therefore vacate the pretrial conference scheduled for June 28, 2011.

May 27, 2011

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation