## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MARSHALL**,<br><br>                    Plaintiff,<br><br>   v.<br><br> **CASTRO, et al.**,<br><br>                    Defendants. | No. 2:04-cv-01657-AK<br><br>**ORDER** |

Pursuant to the parties' joint stipulation (docket entry 225), this case is dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

July 23, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation